NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | |
|---|---|
| In the Interest of J.A., a child,<br>_____<br><br>G.A.R.,<br><br>        Appellant,<br><br>v.<br><br>DEPARTMENT OF CHILDREN and<br>FAMILIES and GUARDIAN AD LITEM<br>PROGRAM,<br><br>        Appellees.<br>_____ | Case No. 2D18-376 |

Opinion filed July 11, 2018.

Appeal from the Circuit Court for Pasco
County; James R. Stearns, Judge.

Ryan Thomas Truskoski of Ryan Thomas
Truskoski, P.A., Orlando, for Appellant.

Bernie McCabe, State Attorney and Leslie
M. Layne, Assistant State Attorney,
Clearwater, for Appellee Department of
Children and Families.

Thomasina Moore, Statewide Director of
Appeals, Tallahassee, and Joshua Byrne
Spector, Miami, for Appellee Guardian ad
Litem Program.

PER CURIAM.

Affirmed.

CASANUEVA, KELLY, and ATKINSON, JJ., Concur.